JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME ALBERTO AREVALO,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. EDCV 26-1836 PVC<br>**JUDGMENT** |

Pursuant to the May 29, 2026 Memorandum Decision and Order Granting Petition and Ordering Immediate Release (Dkt. No. 18),

IT IS HEREBY ADJUDGED THAT Judgment is entered in favor of Petitioner.

DATED: September 30, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE